IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | C.A. No.: 2:10-cv-01372-GLL |
| *Plaintiff,* | JUDGE GARY L. LANCASTER |
| v. | |
| BRYAN ZIENCIK, | |
| *Defendant.* | |

## DEFAULT JUDGMENT ORDER

AND NOW, this 3rd day of December, 2010, IT IS HEREBY ORDERED that a DEFAULT JUDGMENT is entered as to Defendant, Bryan Ziencik, on Plaintiff's Complaint in the Form of A Motion to Confirm Arbitration Award and for Entry of Final Judgment (the "Complaint") as follows:

1) $185,254.00 in compensatory damages pursuant to and in accordance with the September 7, 2010, Arbitration Award ("Award") at issue in the Complaint;

2) Interest on that amount at the rate of 3.9% per annum from and including August 6, 2008 through and including the date the Award is paid in full. To date, the interest accrued pursuant to the Award is $16,801.71;

3) $4,104.59 in costs pursuant to the Award; and

4) $58,660.75 in attorneys' fees pursuant to the Award.

**TOTAL AMOUNT OF DEFAULT JUDGMENT TO DATE**
(exclusive of ongoing interest):                    $ __264,821.05__

Hon. Gary L. Lancaster,
Chief U.S. District Judge